**Order entered April 2, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00863-CR

## JOSE ALBERTO RIVERA ACOSTA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F18-54878-R**

### ORDER

Before the Court is appellant's March 30, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on April 21, 2021.

/s/    DENNISE GARCIA
       JUSTICE